Kenneth COOK, Petitioner v. MACK'S TRANSFER & STORAGE, Mayfield & Taylor and United States Fidelity & Guaranty Company, of whom Mack's Transfer & Storage and United Fidelity & Guaranty Company, are Respondents.

(355 S. E. (2d) 861)

Supreme Court

May 6, 1987.

## ORDER

Petitioner brought this action in circuit court for bad faith refusal to pay a worker's compensation claim. The Court of Appeals held that such an action could not be maintained because the Industrial Commission had exclusive jurisdiction over the claim. *Cook v. Mack's Transfer & Storage*, 291 S. C. 84, 352 S. E. (2d) 296 (Ct. App. 1986).

Petitioner seeks a writ of certiorari from this Court pursuant to Supreme Court Rule 55. Because we agree with the decision of the Court of Appeals, the petition is denied.